# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

UNITED STATES OF AMERICA                                             PETITIONER

v.                   Case No. 3:18-cv-00025-KGB

RACHELLE ELDRIDGE, a/k/a
RACHELLE ELDRIDGE-BRAY                                        RESPONDENT

## ORDER

On February 16, 2018, this Court entered an Order directing defendant Rachelle Eldridge a/k/a Rachelle Eldridge-Bray to appear before this Court and show cause why Ms. Eldridge should not be compelled to obey the Internal Revenue Service summons served upon her on May 23, 2017 (Dkt. No. 2). The Court will conduct a show cause hearing on Wednesday, March 28, 2018, at 10:00 a.m. in Courtroom #324 at the E.C. "Took" Gathings Federal Building and United States Courthouse, 615 South Main Street, Jonesboro, Arkansas, 72401.

It is ordered that a copy of this Order, together with the petition and exhibits thereto, be personally served on Ms. Eldridge by an official of the Internal Revenue Service within 30 days of the date of this Order.

It is so ordered this 23rd day of February, 2018.

                                                        _____
                                                        Kristine G. Baker
                                                        United States District Judge