**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                        **PETITIONER**

**v.**                  **Case No. 3:18-cv-00025-KGB**

**RACHELLE ELDRIDGE, a/k/a
RACHELLE ELDRIDGE-BRAY**                                    **RESPONDENT**

## ORDER

Before the Court is a notice of resolution filed by the United States on behalf of its agency the Internal Revenue Service ("IRS") (Dkt. No. 8). The United States represents that its petition to enforce the IRS summons has been resolved and that the case may be dismissed (*Id.*). Accordingly, the Court dismisses without prejudice the action. The Court directs the Clerk to close the case.

It is so ordered this 6th day of May, 2019.

                                                                _____
                                                                Kristine G. Baker
                                                                United States District Judge